IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL LANE BREWER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 115-100 |
| | ) | |
| HOMER BRYSON, Commissioner, | ) | |
| Georgia Department of Corrections, and | ) | |
| SAMUEL S. OLENS, Attorney General | ) | |
| of the State of Georgia, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Michael Lane Brewer, an inmate at Coffee Correctional Facility in Nicholls, Georgia, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 14, 2015, the Magistrate Judge granted Petitioner permission to proceed *in forma pauperis* and directed Respondents to file a responsive pleading within sixty days. Before the time expired for a response, Petitioner filed a request for an evidentiary hearing, (doc. no. 5), and a document entitled "Motion for Federal Habeas Corpus Relief Due to Lack of Subject Matter Jurisdiction as a Matter of State Law." (Doc. no. 6.)

By Order dated August 7, 2015, the Magistrate Judge denied the request for an evidentiary hearing as premature. (Doc. no. 7.) The Magistrate Judge, in a purely ministerial ruling, also directed the Clerk to terminate the motion for relief from the motions report because "[t]he Court will necessarily have to make a determination on whether Petitioner is entitled to federal habeas corpus relief once Respondents file their response in accordance with the July

14th Order." (Id. at 3.) Petitioner objects to the portion of the Order terminating the duplicative request for federal habeas corpus relief because he "believes that the court has disregarded the attached Affidavit by which has critical Evidence to consider on the issue of Petitioner's attempts to exhaust State remedies [sic]." (Doc. no. 8.)

The Court modifies or sets aside non-dispositive rulings by the Magistrate Judge that are "clearly erroneous or . . . contrary to law." Fed. R. Civ. P. 72(a). A ruling is clearly erroneous when the Magistrate Judge abuses his discretion or the District Judge "is left with a definite and firm conviction that a mistake has been made." Jackson v. Deen, CV 412-139, 2013 WL 3991793, at *2 (S.D. Ga. Aug. 2, 2013.) A ruling is contrary to law when it fails to follow or misapplies the law. Id.

Here, the Magistrate Judge made a purely ministerial ruling to terminate the motion for relief because it is redundant of the relief sought in the petition. The information attached to the motion for relief is still a part of the record. Because the challenged ruling is not clearly erroneous or contrary to law, the Court **OVERRULES** the objections, (doc. no. 8). See Fed. R. Civ. P. 72(a); Loc. R. 72.2; Staley v. Owens, 367 F. App'x 102, 104 n.1 (11th Cir. 2010).

As a one-time courtesy, the Court **DIRECTS** the **CLERK** to send Petitioner a copy of the docket sheet, as he requested. In the future, Petitioner may obtain copies of filings at the standard cost of fifty cents per page.

SO ORDERED this 26th day of August, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA